IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN WILSON,** | : | Civil No. 3:22-cv-0610 |
| **Plaintiff,** | : | |
| v. | : | |
| **LAUREL HARRY,** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

# O R D E R

**AND NOW**, this 7th day of May, 2024, upon consideration of the magistrate judge's report and recommendation (Doc. 5) which recommends that the instant action be dismissed without prejudice for lack of jurisdiction over the named defendant, and noting that no objections have been filed, and the court having satisfied itself that there is no clear error on the face of the record, Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error), **IT IS HEREBY ORDERED** that the Report and Recommendation (Doc. 5) is **ADOPTED**. The Clerk of Court is **DIRECTED** to close this case.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge